UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA NOBLE,<br><br>               Plaintiff,<br><br>     v.<br><br>RAYMOND A. MERLO; ROBIN J. MERLO, et al.,<br><br>               Defendants. | No.  2:16-cv-1571 TLN DB PS<br><br><br>ORDER |

On July 28, 2016, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at that time. (ECF No. 7.)  On October 19, 2016, however, attorney Bashar Ahmad appeared on behalf of the defendants.  (ECF No. 20.)

Because defendants are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action.  The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:16-cv-1571 TLN DB with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated:  October 20, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\noble1572.referback.ord

2